JS - 6

# Death Penalty

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JESSE EDWARD GONZALEZ,  )     CASE NO. CV 95-2345 JVS
                      )
      Petitioner,  )     DEATH PENALTY CASE
                      )
        v.  )     JUDGMENT
                      )
ROBERT L. AYERS, JR.,  )
Warden of California State  )
Prison at San Quentin,  )
                      )
      Respondent.  )
                      )

      IT IS ADJUDGED that the operative corrected petition for writ of habeas corpus is DENIED WITH PREJUDICE.

      IT IS SO ORDERED.

Dated: September 29, 2008.

_James V. Selna_
James V. Selna
United States District Judge

On 9-29-08
I, _Millicent Borgarding_, telephoned
_Eric Messick_
at San Quentin Prison and
_Keith Borjon_
at the Attorney General Office regarding the final
Judgment of Jesse E Gonzalez
stay of execution. In addition, I faxed a copy of this order to
_Eric Messick and_
_Keith Borjon._
Deputy Clerk
_M Borgarding_
_Deputy Clerk_

1

## NOTICE PARTY SERVICE LIST

**Case No.**   CV95-2345-JVS                **Case Title**   Gonzalez v. Ayers, etc.

**Title of Document**   Death Penalty Case Judgment

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| | BOP (Bureau of Prisons) |
| ✓ | CA St Pub Defender (Calif. State PD) |
| ✓ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| ✓ | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| ✓ | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| ✓ | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| ✓ | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| ✓ | Warden, San Quentin State Prison, CA |

| | |
|---|---|
| | ***ADD NEW NOTICE PARTY*** **(if sending by fax, mailing address must also be provided)** |

Name:

Firm:

Address *(include suite or floor)*:

*E-mail:

*Fax No.:

\* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

**Initials of Deputy Clerk** _____