ROBERT BERKE, ESQ. [STATE BAR NO. 56550]
**LAW OFFICES OF ROBERT BERKE**
1717 Fourth Street, Suite 300
Santa Monica, California  90401
Telephone:  (310) 917-5599
Fax: (310) 395-3884

MARK E. OVERLAND, ESQ. [STATE BAR NO. 38375]
**OVERLAND, BORENSTEIN, SCHEPER & KIM LLP**
601 W. 5th Street, 12th Floor
Los Angeles, California 90071
Telephone:  (213) 613-4680
Facsimile:     (213) 613-4656

Attorneys for Petitioner Jesse Edward Gonzalez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE EDWARD GONZALES, ) | CAPITAL CASE |
| ) | CV 95-02345-JVS |
| Petitioner, ) | |
| v. ) | **DEATH PENALTY CASE** |
| ) | |
| ROBERT L. AYERS, JR., Warden of ) | **ORDER RE: REQUEST FOR STAY** |
| California State Prison at San Quentin, ) | **OF EXECUTION OF DEATH** |
| ) | **SENTENCE PENDING APPELLATE** |
| Respondent. ) | **PROCEEDINGS** |
| ) | |

IT IS HEREBY ORDERED THAT:

Pursuant to Local Rule 83-17.6 (b), the Court grants Petitioner, Jesse Gonzalez, a stay of execution of his sentence of death and any and all proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, pending the disposition of all actions before this Court and throughout all appellate proceedings in this matter.

DATED:  November 03, 2008

_____
James V. Selna
United States District Court Judge

Presented by:

          /S/
_____
ROBERT BERKE
Attorney for Petitioner,
Jesse Edward Gonzalez