```
 1  BILL LOCKYER
    Attorney General of California
 2  ROBERT R. ANDERSON
    Chief Assistant Attorney General
 3  PAMELA C. HAMANAKA
    Senior Assistant Attorney General
 4  DONALD DE NICOLA
    Supervising Deputy Attorney General
 5  JAMES WILLIAM BILDERBACK II
    Deputy Attorney General
 6  State Bar No. 161306
    300 South Spring Street, Suite 6001
 7  Los Angeles, California 90013
    Telephone: (213) 897-2049
 8  Fax: (213) 897-6496
 9  Attorneys for Respondents
10
    LAW OFFICES OF ROBERT BERKE
11  ROBERT BERKE, ESQ.
    State Bar No. 56550
12  1717 Fourth Street, Suite 300
    Santa Monica, California  90401
13  Telephone:  (310) 917-5599
    Fax: (310) 395-3884
14
15  Attorneys for Petitioner Jesse Gonzalez
16
```

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE GONZALES,** | CAPITAL CASE<br>CV 95-2345-LGB |
| Petitioner, | |
| v. | [JOINT PROPOSED]<br>**PROTECTIVE ORDER** |
| **JEANNE WOODFORD, Warden of California State Prison at San Quentin,** | Honorable Lourdes G. Baird |
| Respondent. | |

ENTERED ON ICMS
JAN 9 2003

F:\Gonzales\ProtectiveOrder.wpd

1

[JOINT PROPOSED] PROTECTIVE ORDER

The Court orders that any psychiatric reports of William Acker produced by Respondent to Petitioner's counsel in discovery will be used solely for the purposes of this litigation. Petitioner's counsel will disclose the report to no other person except those involved in this litigation and may preserve copies of the reports under seal, pending further order of the Court or may destroy them at the conclusion of the litigation.

DATED: Jan. 7, 2003

*[signature]*
LOURDES G. BAIRD
United States District Court Judge

Presented by:

*[signature]*
James William Bilderback II
Deputy Attorney General
300 South Spring Street
Los Angeles, California 90013
Tel: (213) 897-2049
Fax: (213) 897-6496
Counsel for Respondent

*[signature]*
Robert Berke
1717 Fourth Street, Suite 300
Santa Monica, California 90401
Tel: (310) 917-5599
Fax: (310) 395-3884
Counsel for Petitioner Jesse Gonzalez

## DECLARATION OF SERVICE

Case Name: **JESSE E. GONZALEZ V. JEANNE WOODFORD, WARDEN**
Case No.: **CV 95-2345 LGB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 15, 2002, I placed a copy of the attached

### [JOINT PROPOSED] PROTECTIVE ORDER

in the internal mail collection system at the Office of the Attorney General, 300 S. Spring Street, Los Angeles, California 90013, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

**ROBERT BERKE, ESQ.**
**LAW OFFICE OF ROBERT BERKE**
**1717 FOURTH STREET, SUITE 300**
**SANTA MONICA, CA 90401**

**MARK OVERLAND**
**SHAPIRO, BORENSTEIN & DUPONT LLP**
**233 WILSHIRE BOULEVARD, SUITE 700**
**SANTA MONICA, CA 90401**

**DEATH PENALTY LAW CLERK**
**ATTN: ARLENE CHAVEZ, U.S. DISTRICT COURT**
**312 N. SPRING STREET, ROOM 810**
**LOS ANGELES, CA 90012**

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on April 15, 2002, at Los Angeles, California.

ELIZABETH A. ABUEL                                    _____
                                                                               Signature

JWBII:ea
LA1995XW0003